Firestone Tire and Rubber Company, Appellee, v. Robert H. McElroy, Jr. et al., Defendants. Appeal of Robert H. McElroy, Jr., Appellant.

Gen. No. 41,165.

opinion filed June 19, 1940. William E. Cloyes and Herbert J. Choice, for appellant; James G. Barber, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''